June 30, 2006

Mr. Timothy Poteet
Chamberlain & McHaney
301 Congress, 21st Floor
Austin, TX 78701
Mr. Scott Steven Cooley
McGinnis Lochridge & Kilgore, L.L.P.
919 Congress Ave., Suite 1300
Austin, TX 78701

RE: Case Number: 04-0550
 Court of Appeals Number: 03-03-00241-CV
 Trial Court Number: GN-102,636

Style: FIFTH CLUB, INC. AND DAVID A. WEST
 v.
 ROBERTO RAMIREZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Diane O'Neal |
| |Ms. Amalia |
| |Rodriguez-Mendoza |